# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TYLER BERRYHILL, | ) | 1:14-cv-02087-BAM (PC) |
| | ) | |
| Plaintiff, | ) | ORDER DISMISSING ACTION FOR |
| | ) | FAILURE TO OBEY A COURT ORDER |
| v. | ) | AND FAILURE TO STATE A CLAIM |
| | ) | |
| E. BORRERO, et al., | ) | (ECF Nos. 1, 9) |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

Plaintiff Tyler Berryhill ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff initiated this action on December 31, 2014.  Plaintiff consented to the jurisdiction of a Magistrate Judge.  (ECF No. 7.)

On April 6, 2015, the Court dismissed Plaintiff's complaint with leave to amend within thirty days after service.  28 U.S.C. § 1915A.  Plaintiff was warned that if he failed to file an amended complaint in compliance with the order, this action would be dismissed for failure to obey a court order and failure to state a claim.

The deadline for Plaintiff to file his amended complaint has passed and Plaintiff has not complied with or otherwise responded to the Court's order.  As a result, there is no pleading on

///

1    Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this action is

2 HEREBY DISMISSED based on Plaintiff's failure to state any claims upon which relief may be

3 granted and for failure to obey a court order.  All pending motions, if any, are terminated.

4

5 IT IS SO ORDERED.

6    Dated:   **May 15, 2015**                         /s/ *Barbara A. McAuliffe*

7                                                              UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28